STATE OF NEW JERSEY v. RONALD BROWN.

June 12, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM DANGELL.

June 12, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. DOMINICK VINCELLI.

June 12, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD O'NEAL.

June 12, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. GARY D. LEHNER.

June 12, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. VASILE DOVAN.

June 12, 1979.   Petition for certification denied.